Walter H. FRICKE

v.

Loretta L. FRICKE.

No. 80–210–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

Walter H. Fricke, pro se.

Pamela M. Macktaz, Woonsocket, for respondent.

#### ORDER

The petition for writ of certiorari is denied.

Julia Eliza GRIFFIN

v.

W. Edward WOOD et al.

No. 80–26–A.

Supreme Court of Rhode Island.

June 19, 1980.

Norman L. Grant, Pawtucket, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Harold E. Krause, Jr., Asst. Atty. Gen., for defendants.

#### ORDER

The plaintiff's motion that the court accept her brief as filed is denied. Plaintiff is directed to file a brief not to exceed 60 pages.

NEWPORT ELECTRIC CORPORATION

v.

PUBLIC UTILITIES COMMISSION.

The RHODE ISLAND CHAMBER OF COMMERCE FEDERATION

v.

Edward F. BURKE et al.

Nos. 80–91–M.P., 80–88–M.P.

Supreme Court of Rhode Island.

June 19, 1980.

Sheffield & Harvey, Richard B. Sheffield, Brian G. Bardorf, Newport, for Newport Electric Corporation. James F. McCoy, Pawtucket, for the Rhode Island Chamber of Commerce Federation. Carl I. Freedman, Rhode Island Legal Services, Providence, for Coalition for Consumer Justice, Intervenor, for petitioners.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Spec. Asst. Atty. Gen., for respondents.

#### ORDER

The motion of the Coalition for Consumer Justice that these cases be consolidated is granted.

MURRAY, J., did not participate.